# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 SEP 18 P 2: 05
CLERK OF COURT

(Full name of plaintiff(s))

DUSAN DRAGISICH

v.

(Full name of defendant(s))

Racine County Jail, Mend Correctional Care, Milwaukee Secure Detention Facility, WISC DOC (DCC), Milwaukee County House of Correction, Aurmor Correctional Care

Case Number:

**20-C-1465**

(to be supplied by Clerk of Court)

### A. PARTIES

1. Plaintiff is a citizen of **WISCONSIN** (State), and is located at

   Racine County Jail 717 Wisconsin Ave Racine, WI 53403
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **RACINE COUNTY JAIL** (Name)
   is (if a person or private corporation) a citizen of **WISCONSIN**

Complaint – 1

3. Defendant MEND Correctional Care
   worked for: Racine County Jail
4. Milwaukee Secure Detention Facility
   Milw, WI
5. State of Wisc Dept of Corrections (DCC)
   Madison, WI
6. Milwaukee County House of Correction
   Franklin, WI
7. Aurmor Correctional Care
   Florida

and (if a person) resides at 717 WISC. AVE RACINE, WI 53403
(State, if known) (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

YOUR HONOR THIS IS ONE CONTINUOUS CLAIM THE SAME INJURYS BUT THE LOCATION OF INCARCERATION CHANGES OVER A PERIOD OF TIME WITH THE SAME VIOLATIONS COMMITTED OVER AND OVER AGAIN! THE STATE DOC DEFENDANT THROUGHOUT!

I WILL NEED to SUPPLEMENT THE COMPLAINT WHEN MY FILE THAT'S IN ATTORNEY CADES POSSESSION IS FILED. OBTAINED

Complaint – 2

# Statement of Claim 1-4

11-25-20 I was released from the Milwaukee Secure Detention Facility. I have been sentenced to 18 months. I had a broken cervical spine and didn't receive the specialists prescribed treatment recomendations. He who directed treatment before and during incarceration the state had a duty to care but they breeched that duty! I was released with a note from the doctor that I should report to my specialist, surgeon ASAP! I was released homeless! The state DCC (DOC) kept me and my wife seperated with a no contact order! 6-15-20 I'm detained, arrested in Racine county. I chose to remain silent and I was put on suicide watch and my prescription bifocal glasses where taken away. I made everyone aware of my cervical spine condition, disability! 7-21-20 Due to mental health, physical health deteriration, psychological harm and withdrawl pain due to the deliberate indifference of Mend Correctional Care, The DCC, state of Wisconsin, Racine County Jail. The psychiatrist informed me that I will not be treated like other pretrial defendants on pretrial release that the treatments I was already prescribed prior to and at MSDF and prior to this detention will be discontinued, due to the policys, practices, customs, of the jail, Mend and the (DOC) state of Wisconsin. That in the future, when I'm sentenced to prison, the treatments will resume, that the state will take care of me! Mend Correctional Care will not! Due to the refusal of the jail to return my glasses I begged the psychiatrist for help and she facilitated the return on 7-21-20! I had explained to her that I was blind that I was forced to (trust) ask others for help. People, staff who tricked, abused, stole from me due to the punishment of the tortfeasors. The breech of their duty to care! I was forced to make signed statements, go to court, and defend myself legally, sign legal forms that I couldn't read. The jail has turned a blind eye!

Case 2:20-cv-01465-SCD   Filed 09/18/20   Page 4 of 9   Document 1

1-4

# Statement of Claim 2-4

As a result of the department of community corrections revocation process breeched their duty to care. They intentionally wrongfully gained access to all my protected Health Information, Wrongful entry onto anothers property and conversion! Defamatory False claims and slander! On 7-7-20 Due to an abdominal blockage I was laughed at and humiliated by our officer and the Racine Jail policy, procedure, customs, forced to suffer humiliation infront of the whole dorm by publicly sharing my personal health care, and medical emergency over the public announcement system and through the food trap on the door! Two officers called in a medical emergency into the Health Services unit, and directly to the nurse, but noone showed up for 5 hours after seven calls min and no response the officers told me that theres nothing more they can do. The torture went on for days! They quit answering grievances, complaints

I have an objectfully serious medical need a lifelong handycap the doctor wants to put a steel plate in my neck and fuse it. I have been locked up since 2017 when the injury took place and Im in danger of lifelong degeneration of nerves and I have extreme nerve pain! A lifelong handicap! It's getting worse again! The jail here stopped my pain medication on 6-15-20 as well as one of my anxiety medications. It's been over 3 years and I still have not been able to have my surgery! I'm claiming an 8th Amendment violation of cruel and unusual treatment! Deliberate indifference!

<br>

<br>

<br>

<br>
<br>

# Statement of Claim 3-4

AND I claim violations of my Due Process Rights under the 14th, 8th, 5th Amendments

The right to continuation of Drug therapy
The right to treatments that I was receiving at the time of Incarceration
And Psychological trauma!

Violations of pretrial conditions of confinement

Wisconsin Administrative Code 349. Municiple Lockup
349.08 Sanitation and Hygiene (1)(A) Soap and towels upon request
.09 Health Screening
.17 Health Care
.19 Medication

Bail has been set at a very oppressive level

Wisconsin Administrative Code
350.09 Policies and Procedures
.10 Records (I wrote for a legal loan)(No answer)
.12 Sanitation and Hygiene (No soap)(Not enough toilet paper)
.13 Health Services
.14 Adequate Health Care (Inadequate)
.15 Health Care Policy
.26 Grievance Policy (Not being answered)
.27 Legal Access (None) 9-5-20 took tablets
.32 Religious Programing (None)

Refusal to provide essential care
Superior Liability (Code of silence

# Statement of Claim 7-4

### AND these ADDITIONAL VIOLATIONS

## Inadequate medical, Mental Health treatment

1. Ignoring obvious conditions
2. Failing to provide treatment for diagnosed conditions
3. Failing to investigate enough to make an informed judgment
4. Delaying treatment
5. Interfering with Access to treatment
6. Making medical Decisions Based on non medical factors (Budgetary Restrictions)
7. Making a medical judgment so bad it falls below professional medical Standards

## Governmental Willful, Biased Discrimination!
### Racine County Acting on Behalf of Wisconsin

1. Bail that is used as a form of oppression

2. Unreasonable, Descending, Biased OWI BAC level .02 Included In Background CCAP. There are 3 different BAC levels Applied to 3 different groups of human beings. Applications .02, .04, .08. Lowest Applied to a person with an Addiction and with the Highest pertaining to people who haven't been caught yet. Highly Discriminatory!

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Nominal, Punitive, Exemplary Compensatory, Nominal, Consequential, Detrimental Actual Damages Incidental, Consequential Damages Obligationary, Permissive Waste, Defamatory Damage, Disability

Any And All Damages Applicable! Whatever the court finds fair and please Any And All Applicable Money And Declaratory Damages, Injunctions Applicable! The System Is Broken! It's All About Money for the Defendants So Please! Make Them Pay Damages! To Farm!

Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

☐ – YES   ☒ – NO *At this point*

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __13th__ day of __September__ 20__20__.

Respectfully Submitted,

_____
Signature of Plaintiff

DOC# 124181, Racine Jail #112941
Plaintiff's Prisoner ID Number

Racine Co Jail  717 Wisconsin Ave
Racine, WI
53403
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5