# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DUSAN DRAGISICH,**

    **Plaintiff,**

 v.                                                                                     **Case No. 20-CV-1465**

**RACINE COUNTY JAIL *et al.*,**

    **Defendants.**

## ORDER

Plaintiff Dusan Dragisich, who is representing himself, filed a civil rights complaint under 42 U.S.C. § 1983 along with a motion to proceed without prepayment of the filing fee under 28 U.S.C. § 1915. On September 18, 2020, the clerk's office mailed Dragisich a letter explaining that, in accordance with the provisions of the Prison Litigation Reform Act, he must provide the court with a certified copy of his trust account statement for the six-month period preceding the filing of his lawsuit. The clerk also requested Dragisich submit the magistrate judge consent/refusal form. The clerk's office asked Dragisich to comply with its requests within twenty-one days of the date of the letter.

To date, the court has yet to receive the certified copy of Dragisich's trust account statement. Without it, the court cannot determine whether Dragisich is eligible to proceed without prepayment of the filing fee. As such, the court will give Dragisich one more chance to submit the certified copy of the trust account

statement in accordance with this order. If he fails to comply, the court will deny his motion to proceed without prepayment of the filing fee and will dismiss his complaint for failure to follow the court's order.

**IT IS THEREFORE ORDERED**, that by the end of the day on **November 10, 2020,** Dragisich must: (1) pay the $400 filing fee; *or* (2) provide the court with a copy of his trust account statement covering the six-month period preceding the filing of his complaint; *or* (3) explain to the court why he is unable to provide the requested information. If Dragisich fails to comply with this order, the court will deny his motion to proceed without prepayment of the filing fee and will dismiss his complaint

Dated in Milwaukee, Wisconsin this 21st day of October, 2020.

STEPHEN C. DRIES
United States Magistrate Judge