SCD-20-cv-1465
# Motion to Appoint Counsel

MAR 24 2021 FILED Clerk of Court

1-3

Your Honor

Prior to my release from WSPF on 11-25-19, I was visited by the Wisconsin ACLU and given contact info for civil rights attorneys. I had no luck finding anyone who cared in any way about civil rights, prisoner rights violations, pretrial rights violations. I was eventually able to sign a retainer with attorney Nathen Cade a civil rights attorney in Milwaukee. He told me that he's very busy, to busy for the prisoners rights but he'll look into the police brutality. I don't have his contact info anymore and I have no way to find it at this point. He has a very large file of mine that I sent him with proof of all my allegations against Milw County, Armor Correctional Care, Milw Secure Detention Facility, the House of Correction and the State of Wisconsin DOC. At this point I need to add Racine County, and Mend Correctional Care. I asked the records dpt, social worker for help but my requests went unanswered. On 8-30-20 the jail confiscated what tablets where still around and we were placed in quarantine for Covid. There's been no law library since 6-15-20. I have no way of finding out Cade's contact info, what I did do was to write the ACLU in Washington DC. Because I came across the address in a case law, asking for contact info for Wisc ACLU. I hope this round about route pans out. The only reason I was able to contact you, the U.S. Court is because I was fortunate enough to come into contact with a federal parolee who had the info memorized. At this point I have no money and no family or friends to help me! I'm married but due to the Dept Community Corrections I'm restricted from having anything to do with my wife SJb likewise has been ordered not to have any contact with me.

Case 2:20-cv-01465-SCD   Filed 03/24/21   Page 1 of 3   Document 39

# MOTION to APPOINT COUNSEL

This must be a violation of my constitutional rights. I've never had a case with her in any way but I was ordered to take a DV course back in 17 which I did graduate from. DCC forgot and never updated the record. My wife wants contact with me but its not allowed. Your Honor I need representation I'm disabled I have Bipolar, PTSD, ADHD, memory lapses, loss and a limited education 7th grade. I did call every lawyer on the ACLU list I was given and I also googled civil rights and called around but my records are being stored at my mother house. She has limited reading skills in English no help. As I said I'm trying to get in contact with Nathen Cade, and or the WISC ACLU to start over I guess he basicly didn't want any part of prisoner rights not enough money I guess. I've been out of contact with him but I need a volunteer please I need someone to lay everything out I need to seperate the file that Mr Cade has and I need to send out what I have accumulated with regards to Racine County and MEND correctional care before something happens to me or the records I have. Racine is lawless, ruthless as far as the violations and the court, cops the way they do things. There's a code of silence and they're above the law! They do what they want! I might end up going to prison Dodge correctional and supposedly you can't take anything with except legal papers and I'm afraid that Racine will lose my stuff toss it!

# MOTION TO APPOINT COUNSEL-3

My lawyer public Defender Dropped off an envelope with case law on the 2nd sept and it was opened (gone through and read and delivered the night before my court date with a note opened on accident do not read. Lies! Thats a lie! One week to go from the first floor to the 3rd! I need an attorney to work the case from the outside there will be alot of medical records alot of injuries, surgerys, MRI's, x rays, I need him or her to get file, info from Mr. Cade, investigate, gather additional records, question cross examine, police, DOC officers, Doctors, Nurses, medical Dept's, Therapists, psyciotrists, social worker, PreA reports, parole agents (supervisors) and the administrator of DCC who also threatened me. I left A Huge Stack of grievances at the Milwaukee County House of Corrections that need to be requested supena'd as well as medical records I have exhausted stacks and stacks of grievences medical and other. Racine county jail has stopped answering my grievences they won't even acknowlege that it's been recieved they refuse to answer my requests as well. Im hoping that the volunteer attorney can make some calls there, visit whatever and witness the lack of law library, chaplin, religious services, medical records questions! Come visit he can get right in here he can talk to the CO'S ask questions! inquirees. I have a huge amounts of written correspondance proof. It needs to be organized put together to prove all my allegations the records will speak for themselves they will be shown at trial!