Office of the Clerk
Gina M. Colletti
Clerk

Dusan Dragisich #2941
Racine County Jail
717 Wisconsin Ave
Racine, WI 53403

3-22-21

RE: Dragisich v. Racine County Jail et al
Case No. 20-cv-1465

Dear Clerk

I'm writing again just to notify the court that the courts mail was held for five days by the jail. I got the email from the court dated 3-18-21 on 3-22-21 in the evening! That's just ridiculous! I've had problems with the mail here in the past and I have written grievances. I hope my mail makes it to you on time I guess it will since y the court gave me an extention I had no idea! I was forced to mail my complaint on 3-18-21!

Can you please let me know that you recieved my amended complaint
Thank you

Sincerely

[signature]

Susan Dragisich #112941
Racine County Jail
717 Wisconsin Ave
Racine, WI
53403



MILWAUKEE WI 530

23 MAR 2021 PM 5 L

United States District Court
Eastern District of Wisconsin
Office of the Clerk
517 E. Wisconsin Ave, Room 362
Milwaukee, WI
53202

Mailed From
Racine Cty Jail